UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMITIVO CAMPOS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DANIEL STONE,<br><br>　　　　　Respondent. | Case No. 15-cv-04298-VC<br><br>**ORDER POSTPONING HEARING AND REQUESTING FURTHER BRIEFING** |

　　　　At a minimum, the petitioner has raised a serious question whether he was convicted in violation of the United States Constitution.  The hearing on the petition is hereby continued so that the parties can provide the Court with a copy of the video and/or audio recording of the petitioner's interrogation by the San Jose Police Department.  In addition, the Court would like the parties' views of the propriety (and the best method) of obtaining a better translation of the interrogation, in light of the errors contained in the original translation.  The respondent's letter brief, not to exceed 5 pages, is due Friday, April 8, 2016.  The petitioner's letter brief, not to exceed 5 pages, is due Wednesday, April 13, 2016.  The Court will set a new date for a hearing on the petition after reviewing the parties' letter briefs and the video and/or audio recording.

　　　　**IT IS SO ORDERED.**

Dated: April 5, 2016

_____
VINCE CHHABRIA
United States District Judge