UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMITIVO CAMPOS,<br><br>        Petitioner,<br><br>    v.<br><br>DANIEL STONE,<br><br>        Respondent. | 15-cv-04298-VC<br><br>**JUDGMENT** |

    The Court, having granted the petition for habeas corpus, now enters judgment in favor of the petitioner and against the respondent. The Clerk of Court is directed to close the case.

    **IT IS SO ORDERED.**

Dated: August 9, 2016

_____
VINCE CHHABRIA
United States District Judge