1 | Kamala D. Harris
Attorney General of California
2 | Peggy S. Ruffra
Supervising Deputy Attorney General
3 | Leif M. Dautch
Deputy Attorney General
4 | State Bar No. 283975
 455 Golden Gate Avenue, Suite 11000
5 | San Francisco, CA  94102-7004
 Telephone:  (415) 703-5089
6 | Fax:  (415) 703-1234
 E-mail:  Leif.Dautch@doj.ca.gov
7 | *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PRIMITIVO CAMPOS,**<br><br>Petitioner,<br><br>v.<br><br>**DANIEL STONE,**<br><br>Respondent. | 15-cv-04298-VC<br><br>**NOTICE OF INTENT NOT TO RETRY PETITIONER** |

In its August 9, 2016 order granting habeas relief, the Court asked the State to notify it within 90 days if petitioner Campos would be retried. After consultation with the Santa Clara County District Attorney's Office, the State has determined that petitioner will not be retried.

Dated:  September 9, 2016

Respectfully submitted,

Kamala D. Harris
Attorney General of California
Peggy S. Ruffra
Supervising Deputy Attorney General

**/s/ Leif M. Dautch**

Leif M. Dautch
Deputy Attorney General
*Attorneys for Respondent*